# HORVITZ & LEVY LLP

February 7, 2023

**VIA CM/ECF**

Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, California 94103–1518

Re:  *A.B. v. Chart, Inc.*, No. 21–17016
     Oral argument: March 30, 2023 (9th Cir. R. 25–4)

Dear Clerk:

   We are counsel for appellant Chart Inc. We write to inform the Court that the parties to this appeal are in the process of finalizing a potential settlement. The settlement is not final, but we understand from *In re Cellular 101, Inc.*, that we owe this Court a duty to report "'when settlement is imminent,'" including even "a potential settlement." 539 F.3d 1150, 1154 (9th Cir. 2008).

   The Court has scheduled argument for March 30, 2023, in San Francisco. Chart is not requesting that the Court take the argument off calendar at this time, as the settlement is not yet final. We will write again as soon as we have additional pertinent information to report.

                                Very truly yours,

                                **HORVITZ & LEVY LLP**
                                  FREDERIC D. COHEN
                                  STEPHEN E. NORRIS
                                  PEDER K. BATALDEN

                                By: _____s/ Frederic D. Cohen_____

                                Attorneys for Defendant–Appellant
                                **CHART INC.**