# No. 21-17016
Oral argument scheduled for March 30,
but later postponed (ECF No. 49)

IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

IN RE: PACIFIC FERTILITY CENTER LITIGATION

---

**A.B.; et al.,**
*Plaintiffs-Appellees,*

*v.*

**CHART INC.,**
*Defendant-Appellant.*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
JACQUELINE SCOTT CORLEY, DISTRICT JUDGE • CASE NO. 3:18-CV-01586-JSC

---

## STIPULATION TO DISMISS THE APPEAL

---

**HORVITZ & LEVY LLP**
FREDERIC D. COHEN
STEPHEN E. NORRIS
PEDER K. BATALDEN
3601 WEST OLIVE AVENUE, 8TH FLOOR
BURBANK, CALIFORNIA 91505-4681
(818) 995-0800

| | |
|---|---|
| **SWANSON, MARTIN & BELL, LLP** | **ZENERE COWDEN** |
| JOHN J. DUFFY | **& STODDARD APC** |
| MARGARET C. REDSHAW | MARC G. COWDEN |
| 330 NORTH WABASH, SUITE 3300 | ADAM STODDARD |
| CHICAGO, ILLINOIS 60611 | 2005 DE LA CRUZ BOULEVARD, SUITE 240 |
| (312) 321-9100 | SANTA CLARA, CALIFORNIA 95050 |
| | (408) 430-3551 |

ATTORNEYS FOR DEFENDANT-APPELLANT
**CHART INC.**

## STIPULATION TO DISMISS APPEAL

Under Federal Rule of Appellate Procedure 42(b)(1), appellant Chart Inc. and all appellees hereby stipulate to dismiss this appeal. The parties shall bear their own costs and attorney fees.

March 28, 2023

**HORVITZ & LEVY LLP**
  FREDERIC D. COHEN
  STEPHEN E. NORRIS
  PEDER K. BATALDEN
**SWANSON, MARTIN & BELL, LLP**
  JOHN J. DUFFY
  MARGARET C. REDSHAW
**ZENERE COWDEN & STODDARD APC**
  MARC G. COWDEN
  ADAM STODDARD

By: _____s/Frederic D. Cohen_____
Attorneys for Defendant-Appellant
**CHART INC.**

March 28, 2023

**GIRARD SHARP LLP**
  DENA C. SHARP
  ADAM E. POLK
  NINA R. GLIOZZO
**GIBBS LAW GROUP LLP**
  AMY M. ZEMAN
  GEOFFREY A. MUNROE
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
  ADAM B. WOLF
  TRACEY B. COWAN

By: _____s/ Adam E. Polk_____
Attorneys for Plaintiffs-Appellees

1